1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STARA FATAHI; | ) | **Case No.: CV 19-6629-GW-MRWx** |
| | ) | |
| Plaintiff, | ) | **ORDER ON JOINT STIPULATION** |
| vs. | ) | **FOR ORDER DISMISSING** |
| | ) | **ACTION WITH PREJUDICE** |
| MERCEDES-BENZ USA, LLC; | ) | |
| and DOES 1 through 100, | ) | Complaint Filed:  June 28, 2019 |
| inclusive; | ) | Removed:  July 31, 2019 |
| | ) | District Judge:  Hon. George H. Wu |
| Defendants. | ) | Courtroom:  9D |
| | ) | Trial Date:  Vacated |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____

HON. GEORGE H. WU
U.S. DISTRICT JUDGE

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## <u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

July 20, 2020, I served true copies indicated below in the manner as provided in FRCivP 5(b), the foregoing document described as: **[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ BY MAIL: I caused to be delivered by U.S. mail by placing a true copy thereof enclosed in sealed envelopes. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered by Golden State Overnight air courier, with next day service, to the offices of the addressees.

☐ BY ELECTRONIC MAIL

☒ **CM/ECF**: I caused such document to be delivered to the e-mail address indicated on the attached SERVICE LIST using the CM/ECF system, which sends notice of electronic filing (NEF) to all counsel of record in this action**.**

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2020, at Los Angeles, California.

/s/ *Tra'Shon Pugh*
Tra'Shon Pugh

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE